IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OPTIMIZATION STRATEGIES, LLC,

        Plaintiff,

v.

VUZIX CORPORATION,

        Defendants.

C.A. No. 19-900-RGA

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Optimization Strategies, LLC hereby dismisses the Complaint against Vuzix Corporation with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: September 3, 2019

OF COUNSEL:

Steven G. Hill
Vivek Ganti
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339
(770) 953-0995
sgh@hkw-law.com
vg@hkw-law.com

BAYARD, P.A.

/s/ Stephen B. Brauerman
Stephen B. Brauerman (#4952)
600 North King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff
Optimization Strategies, LLC*

IT IS SO ORDERED this __3__ day of September, 2019.

_____
United States District Judge